IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KEITH BRINSON,

    Plaintiff,

v.                                            CIVIL ACTION NO.: CV508-062

Judge MICHAEL P. BOGGS,

    Defendant.

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, wherein he recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief could be granted. After an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In his Objections, Plaintiff contends that the sentence he received from Defendant Boggs was very harsh. Plaintiff further contends that Defendant has a personal grudge against him. Plaintiff asserts that he should not have to do more than ten (10) months on his sentence. (Doc. No. 11).

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 42 U.S.C. § 1983, is **DISMISSED** due to Plaintiff's failure to state a claim

upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of January, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE